87 Ill. App.2d 81 (1967)
230 N.E.2d 498
Raymond Landolt and Alice Landolt, Plaintiffs-Appellees,
v.
Donald Stratmann, d/b/a Stratmann Lumber Co., Defendant-Appellant.
Gen. No. 66-85.
Illinois Appellate Court  Fifth District.
October 3, 1967.
Rehearing denied October 31, 1967.
*82 Durr & Durr, of Edwardsville, for appellant.
James E. Buchmiller, of Greenville, for appellees.
(Abstract of Decision.)
Opinion by JUSTICE EBERSPACHER.
Judgment affirmed.
Not to be published in full.